**NOTICE: This opinion is subject to modification resulting from motions for reconsideration under Supreme Court Rule 27, the Court's reconsideration, and editorial revisions by the Reporter of Decisions. The version of the opinion published in the Advance Sheets for the Georgia Reports, designated as the "Final Copy," will replace any prior version on the Court's website and docket. A bound volume of the Georgia Reports will contain the final and official text of the opinion.**

In the Supreme Court of Georgia

Decided: November 26, 2024

S23Y0437. IN THE MATTER OF WALTER DOUGLAS ADAMS.

PER CURIAM.

The Court having reviewed the notice of compliance submitted by the Office of the General Counsel of the State Bar of Georgia, and it appearing that Walter Douglas Adams (State Bar No. 004650) has satisfied the conditions for reinstatement as specified by this Court, see *In the Matter of Adams,* 317 Ga. 705 (895 S.E.2d 266) (2023), it is hereby ordered that Walter Douglas Adams be reinstated to practice law in the State of Georgia.

*Reinstated. All the Justices concur.*